1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HARVEY KENNETH,

11             Plaintiff,                    No. 2:12-cv-02029-DAD P

12        vs.

13   J. BARBOUR,

14             Defendant.                    ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.

19            Plaintiff's in forma pauperis application is incomplete because plaintiff has

20   submitted only the first page of the application.  Plaintiff will be granted thirty days to submit a

21   new application to proceed in forma pauperis.  Plaintiff has already submitted a certified copy of

22   his prison trust account statement for the relevant six-month period and therefore he will not be

23   required to submit another certified copy of his prison trust account statement .

24            Accordingly, IT IS HEREBY ORDERED that:

25            1.  Within thirty days from the date of this order, plaintiff shall file a new

26   application to proceed in forma pauperis.  The form must be signed by plaintiff and the certificate

1    portion of the application must be completed by an authorized official.  Plaintiff is cautioned that

2    failure to comply with this order or seek an extension of time to do so will result in a

3    recommendation that this action be dismissed without prejudice; and

4                    2.  The Clerk of the Court is directed to provide plaintiff with the application to

5    proceed in forma pauperis by a prisoner.

6    DATED: August 24, 2012.

7

8                                              _____
                                               DALE A. DROZD
9    DAD:4                                      UNITED STATES MAGISTRATE JUDGE
     kenn2029.3c

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                              2