IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY KENNETH,

    Plaintiff,                       No. 2:12-cv-02029-DAD P

    vs.

J. BARBOUR,

    Defendant.                  <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application is incomplete because plaintiff has submitted only the first page of the application. Plaintiff will be granted thirty days to submit a new application to proceed in forma pauperis. Plaintiff has already submitted a certified copy of his prison trust account statement for the relevant six-month period and therefore he will not be required to submit another certified copy of his prison trust account statement .

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, plaintiff shall file a new application to proceed in forma pauperis. The form must be signed by plaintiff and the certificate

1

1 portion of the application must be completed by an authorized official.  Plaintiff is cautioned that
2 failure to comply with this order or seek an extension of time to do so will result in a
3 recommendation that this action be dismissed without prejudice; and
4            2. The Clerk of the Court is directed to provide plaintiff with the application to
5 proceed in forma pauperis by a prisoner.
6 DATED: August 24, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9 DAD:4
kenn2029.3c