1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH HARVEY,                          No.  2:12-cv-02029 KJM DB

12                 Plaintiff,

13          v.                                ORDER

14   J. BARBOUR,

15                 Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983 alleging defendant Barbour forced him to do strenuous manual labor

19   contrary to his medical orders in violation of his First and Eighth Amendment rights.  The matter

20   was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and

21   Local Rule 302.

22          On March 1, 2017, the magistrate judge filed findings and recommendations, which were

23   served on all parties and which contained notice to all parties that any objections to the findings

24   and recommendations were to be filed within fourteen days.  (ECF No. 50.)  Neither party has

25   filed objections to the findings and recommendations.

26          The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

27   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

28   *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

1

1   the file, the court finds the findings and recommendations to be supported by the record and by

2   the proper analysis.

3           Accordingly, IT IS HEREBY ORDERED that:

4           1.     The findings and recommendations filed March 1, 2017 (ECF No. 55) are adopted

5   in full;

6           2.     Defendant Barbour's partial motion for summary judgment for failure to exhaust

7   administrative remedies is granted; and

8           3.     Plaintiff's claim for deliberate indifference is dismissed.

9   DATED:  March 21, 2017

10

11   _____

12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28